**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DAVID ALLEN RAWLINGS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:25-CV-01294 SPM |
| | ) | |
| RONNIE DRAKE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

Before the Court is Defendants' Motion to Dismiss Plaintiff's Complaint filed on April 20, 2026.[1] [ECF No. 16]. Plaintiff shall respond to Defendants' Motion no later than Tuesday, May 26, 2026. His failure to do so may result in a dismissal of this action, without prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff shall respond to Defendants' Motion to Dismiss the Complaint **no later than Tuesday, May 26, 2026.**

**IT IS FURTHER ORDERED** that Plaintiff's failure to respond to Defendants' Motion to Dismiss could result in a dismissal of this action, without prejudice.

Dated this 23rd of April, 2026.

_____
SHIRLEY PADMORE MENSAH
UNITED STATES MAGISTRATE JUDGE

---

[1] Defendants also submitted a Memorandum in Support of their Motion. [ECF No. 17].